# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2024

## NO. 03-24-00219-CV

**D. V., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on March 19, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.